1  Kimberly M. Hamm, *pro hac vice* pending
   LORD, BISSELL & BROOK LLP
2  115 South LaSalle Street
   Chicago, IL 60603-3901
3  Telephone (312) 443-0700
   Facsimile (312) 443-0336
4

5  William J. Casey, State Bar No. 116531
   Andrew G. Wanger, State Bar No. 166449
6  Julie Choi, State Bar No. 213087
   HANCOCK ROTHERT & BUNSHOFT LLP
7  Four Embarcadero Center, Suite 300
   San Francisco, California 94111-4168
8  Telephone (415) 981-5550
   Facsimile (415) 955-2599
9

   Attorneys for Defendant
10 TRANSATLANTIC REINSURANCE COMPANY

11

12              UNITED STATES DISTRICT COURT

13     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14 MEDICAL INSURANCE EXCHANGE OF      )  CASE NO. C05-02609 PJH
   CALIFORNIA,                         )
15                                     )
                   Plaintiff,          )  APPLICATION OF KIMBERLY M.
16                                     )  HAMM FOR ADMISSION *PRO HAC VICE*
            vs.                        )  AND ORDER THEREON
17                                     )
   CERTAIN UNDERWRITERS AT LLOYD'S,   )
18 LONDON, AXA CORPORATE SOLUTIONS    )
   REINSURANCE COMPANY, AXIS           )
19 REINSURANCE COMPANY,                )           BY FAX
   CONTINENTAL CASUALTY COMPANY,      )
20 ODYSSEY AMERICA REINSURANCE         )
   CORPORATION, TRANSATLANTIC          )
21 REINSURANCE COMPANY, HANNOVER       )
   RUCKVERSICHERUNGS                   )
22 AKTIENGESELLSCHAFT, COVERIUM        )
   LIMITED, AND DOES 1-100,            )
23                                     )
                   Defendants.         )
24 _____)

25      Pursuant to Civil L.R. 11-3, Kimberly M. Hamm, an active member in good standing of

26 the bar of Illinois, hereby applies for admission to practice in the Northern District of California

27 on a *pro hac vice* basis representing Transatlantic Reinsurance Company in the above-entitled

28 action.

APPLICATION OF KIMBERLY M. HAMM FOR ADMISSION PRO HAC VICE AND ORDER THEREON    C05-02609EDL

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and telephone number of that attorney is:

   William J. Casey
   Hancock Rothert & Bunshoft LLP
   Four Embarcadero Center, Suite 300
   San Francisco, California 94111-4168
   (415) 981-5550

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2005      Petitioner: _____
                                      Kimberly M. Hamm

## ORDER

IT IS HEREBY ORDERED that the *Pro Hac Vice* Application of KIMBERLY M. HAMM is GRANTED, that said counsel is admitted to appear as counsel *pro hac vice* for the purpose of participating in all phases of this action and related proceedings, and that said counsel shall be subject to the disciplinary jurisdiction of this court and of the State Bar of California with respect to any acts occurring in the course of any appearances before the courts of this state.

DATED: 7/12/05

_____
UNITED STATES DISTRICT JUDGE

APPLICATION OF KIMBERLY M. HAMM FOR ADMISSION PRO HAC VICE AND ORDER THEREON