Mark A. Kreger, *pro hac vice* pending
LORD, BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL 60603-3901
Telephone (312) 443-0700
Facsimile (312) 443-0336

William J. Casey, State Bar No. 116531
Andrew G. Wanger, State Bar No. 166449
Julie Choi, State Bar No. 213087
HANCOCK ROTHERT & BUNSHOFT LLP
Four Embarcadero Center, Suite 300
San Francisco, California 94111-4168
Telephone (415) 981-5550
Facsimile (415) 955-2599

Attorneys for Defendant
TRANSATLANTIC REINSURANCE COMPANY

E-Filing

BY FAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDICAL INSURANCE EXCHANGE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AXA CORPORATE SOLUTIONS REINSURANCE COMPANY, AXIS REINSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, ODYSSEY AMERICA REINSURANCE CORPORATION, TRANSATLANTIC REINSURANCE COMPANY, HANNOVER RUCKVERSICHERUNGS AKTIENGESELLSCHAFT, COVERIUM LIMITED, AND DOES 1-100,<br><br>Defendants. | CASE NO. C05-02609 PJH<br><br>APPLICATION OF MARK A. KREGER FOR ADMISSION *PRO HAC VICE* AND ORDER THEREON |

Pursuant to Civil L.R. 11-3, Mark A. Kreger, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Transatlantic Reinsurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and telephone number of that attorney is:

   William J. Casey
   Hancock Rothert & Bunshoft LLP
   Four Embarcadero Center, Suite 300
   San Francisco, California 94111-4168
   (415) 981-5550

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2005                    Petitioner: /s/ Mark A. Kreger
                                                    Mark A. Kreger

## ORDER

IT IS HEREBY ORDERED that the *Pro Hac Vice* Application of MARK A. KREGER is GRANTED, that said counsel is admitted to appear as counsel *pro hac vice* for the purpose of participating in all phases of this action and related proceedings, and that said counsel shall be subject to the disciplinary jurisdiction of this court and of the State Bar of California with respect to any acts occurring in the course of any appearances before the courts of this state.

DATED: 7/12/05

_____
UNITED STATES DISTRICT JUDGE

APPLICATION OF MARK A. KREGER FOR ADMISSION PRO HAC VICE AND ORDER THEREON    2