DONALD W. REES (SBN: 34329)
DAVID C. CAPELL (SBN: 114691)
ANGIE M. BICKEL (SBN: 220065)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

VINCENT J. VITKOWSKY (*pro hac vice*)
JEANNE M. KOHLER (*pro hac vice*)
EDWARDS & ANGELL LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

Attorneys for Defendants
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,
AXA CORPORATE SOLUTIONS REINSURANCE
COMPANY, AXIS REINSURANCE COMPANY,
CONTINENTAL CASUALTY COMPANY, ODYSSEY
AMERICA REINSURANCE CORPORATION, and
CONVERIUM LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDICAL INSURANCE EXCHANGE OF CALIFORNIA<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AXA CORPORATE SOLUTIONS REINSURANCE COMPANY, AXIS REINSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, ODYSSEY AMERICA REINSURANCE CORPORATION, TRANSATLANTIC REINSURANCE COMPANY, HANNOVER RUCKVERSICHERUNGS AKTIENGESELLSCHAFT, COVERIUM LIMITED, AND DOES 1-100,<br><br>Defendants. | CASE NO. C 05-02-609 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: October 27, 2005<br>Time: 2:30 p.m.<br>Dept.: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Complaint Filed: May 24, 2005<br>Removed: June 27, 2005 |

-1-

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. C05-02609 PJH

Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AXA CORPORATE SOLUTIONS REINSURANCE COMPANY, AXIS REINSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, ODYSSEY AMERICA REINSURANCE CORPORATION, HANNOVER RUCKVERSICHERUNGS AKTIENGESELLSCHAFT, and COVERIUM LIMITED (collectively "Defendants"), by and through their counsel of record, Gordon & Rees, LLP, defendant TRANSATLANTIC REINSURANCE COMPANY, by and through its counsel of record, Hancock, Rothert & Bunshoft LLP, and plaintiff MEDICAL INSURANCE EXCHANGE OF CALIFORNIA, by and through its counsel of record, Morgan, Lewis & Bockius, LLP, hereby agree and stipulate as follows:

1.) WHEREAS, Defendants' Motion to Compel Arbitration and Stay Action is currently set for hearing on October 5, 2005;

2.) WHEREAS, an initial Case Management Conference is currently set for October 27, 2005;

3.) WHEREAS, based on the current date set for the initial Case Management Conference, the parties have certain discovery obligations pursuant to Rule 26 of the Federal Rules of Civil Procedure beginning October 4, 2005;

IT IS HEREBY STIPULATED, by and among the parties hereto, that:

1.) The Case Management Conference currently set for October 27, 2005, at 2:30 p.m., shall be continued to November 17, 2005, at 2:30 p.m.; and

2.) The parties' obligations pursuant to Rule 26 of the Federal Rules of Civil Procedure shall be re-set in accordance with the new date set for the initial Case Management Conference.

///
///
///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| Dated: August 25, 2005 | | GORDON & REES LLP |

By: ___/s/ Donald W. Rees___
DONALD W. REES
Attorneys for Defendants
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, AXA CORPORATE
SOLUTIONS REINSURANCE
COMPANY, AXIS REINSURANCE
COMPANY, CONTINENTAL
CASUALTY COMPANY, ODYSSEY
AMERICA REINSURANCE
CORPORATION, CONVERIUM
LIMITED

Dated: August 29, 2005     HANCOCK ROTHERT & BUNSHOFT LLP

By: ___/s/ Julie Choi___
JULIE CHOI
Attorneys for Defendant
TRANSATLANTIC REINSURANCE
COMPANY

Dated: August 29, 2005     MORGAN, LEWIS & BOCKIUS LLP

By: ___/s/ David E. Weiss___
DAVID E. WEISS
Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE OF
CALIFORNIA

## ORDER

Having reviewed and considered the foregoing Stipulation of the parties, and good cause appearing;

The foregoing Stipulation to Continue Case Management Conference is approved and ordered.

**IT IS SO ORDERED:**

8/31/05

___/s/ Phyllis J. Hamilton___
Hon. Phyllis J. Hamilton