MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS, State Bar No. 148147
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dweiss@morganlewis.com

Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDICAL INSURANCE EXCHANGE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>Defendants. | **Case No. C05-02609 PJH**<br><br>**NOTICE OF DISMISSAL OF DEFENDANT TRANSATLANTIC REINSURANCE COMPANY PURSUANT TO RULE 41(A)**; AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Medical Insurance Exchange of California dismisses defendant Transatlantic Reinsurance Company from this action with prejudice. This dismissal is made pursuant to a Settlement and Release Agreement entered into between Plaintiff and Transatlantic Reinsurance Company. This dismissal applies <u>only</u> to defendant Transatlantic Reinsurance Company, and not to any other defendant.

Dated: December 23, 2005

MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS

By /s/ David E. Weiss
David E. Weiss
Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE
OF CALIFORNIA



IT IS SO ORDERED
Judge Phyllis J. Hamilton