MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS, State Bar No. 148147
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dweiss@morganlewis.com

Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDICAL INSURANCE EXCHANGE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>Defendants. | Case No. C05-02609 PJH<br><br>**NOTICE OF DISMISSAL OF DEFENDANT CONVERIUM LIMITED REINSURANCE COMPANY PURSUANT TO RULE 41(A)** AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Medical Insurance Exchange of California dismisses defendant Converium Limited from this action with prejudice. This dismissal is made pursuant to a Settlement and Release Agreement entered into between Plaintiff and Converium Limited. This dismissal applies <u>only</u> to defendant Converium Limited, and not to any other defendant.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 29, 2006 | MORGAN, LEWIS & BOCKIUS LLP<br>DAVID E. WEISS |
| 2 | | |
| 3 | | |
| 4 | | By _/s/ David E. Weiss_ |
| 5 | | David E. Weiss<br>Attorneys for Plaintiff |
| 6 | | MEDICAL INSURANCE EXCHANGE<br>OF CALIFORNIA |
| 8 | 12/1/06 | |

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7340462.2

2

NOTICE OF DISMISSAL PURSUANT TO
RULE 41(A) (C05-02609 PJH)