MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS, State Bar No. 148147
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dweiss@morganlewis.com

Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDICAL INSURANCE EXCHANGE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>Defendants. | **Case No. C05-02609 PJH**<br><br>**NOTICE OF DISMISSAL OF DEFENDANT CONTINENTAL CASUALTY COMPANY PURSUANT TO RULE 41(A) AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Medical Insurance Exchange of California dismisses defendant Continental Casualty Company from this action with prejudice. This dismissal is made pursuant to a settlement entered into between Plaintiff and Continental Casualty Company. This dismissal applies <u>only</u> to defendant Continental Casualty Company, and not to any other defendant.

Dated: February 9, 2007

MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS

By _____
David E. Weiss
Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE
OF CALIFORNIA

2/13/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-SF/7327006.2

2

NOTICE OF DISMISSAL PURSUANT TO
RULE 41(A) (C05-02609 PJH)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO