MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS, State Bar No. 148147
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dweiss@morganlewis.com

Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDICAL INSURANCE EXCHANGE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>Defendants. | Case No. C05-02609 PJH<br><br>**NOTICE OF DISMISSAL OF DEFENDANT ODYSSEY AMERICA REINSURANCE COMPANY PURSUANT TO RULE 41(A)** |

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Medical Insurance Exchange of California dismisses defendant Odyssey America Reinsurance Company from this action with prejudice. This dismissal is made pursuant to a Settlement and Release Agreement entered into between Plaintiff and Odyssey America Reinsurance Company. This dismissal applies only to defendant Odyssey America Reinsurance Company, and not to any other defendant.

///

///

///

///

///

| | |
|---|---|
| Dated: February 8, 2006 | MORGAN, LEWIS & BOCKIUS LLP<br>DAVID E. WEISS<br><br>By _____<br>David E. Weiss<br>Attorneys for Plaintiff<br>MEDICAL INSURANCE EXCHANGE<br>OF CALIFORNIA |



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA