MORGAN, LEWIS & BOCKIUS LLP
MORTIMER H. HARTWELL
(State Bar No. 154556)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mhartwell@morganlewis.com

Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDICAL INSURANCE EXCHANGE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>Defendants. | **Case No. C05-02609 PJH**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE OF CIVIL PROCEDURE 41(A)** |

//
//
//
//
//
//
//
//
//
//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL WITH
PREJUDICE (C05-02609 PJH)

IT IS HEREBY STIPULATED BY AND BETWEEN all remaining defendants, through their respective undersigned attorneys, that this lawsuit may be, and hereby is, dismissed with prejudice, but without fees or costs or disbursements to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March /2, 2009

MORGAN, LEWIS & BOCKIUS LLP

By /s/ MORTIMER H. HARTWELL

Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE OF CALIFORNIA

Dated: March ___, 2009

EDWARDS ANGELL PALMER & DODGE

By _____
JEANNE M. KOHLER

Attorneys for Defendants
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AXA CORPORATE SOLUTIONS REINSURANCE COMPANY, AXIS REINSURANCE COMPANY

IT IS HEREBY STIPULATED BY AND BETWEEN all remaining defendants, through their respective undersigned attorneys, that this lawsuit may be, and hereby is, dismissed with prejudice, but without fees or costs or disbursements to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March ___, 2009

MORGAN, LEWIS & BOCKIUS LLP

By _____
MORTIMER H. HARTWELL

Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE
OF CALIFORNIA

Dated: March 13, 2009

EDWARDS ANGELL PALMER & DODGE

By /s/ Jeanne M. Kohler
JEANNE M. KOHLER

Attorneys for Defendants
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, AXA
CORPORATE SOLUTIONS
REINSURANCE COMPANY, AXIS
REINSURANCE COMPANY

3/16/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA